Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>SARAH J. EMMONS,<br><br>Defendant. | Docket Number: 6:18-mj-0047-JDP<br><br>**MOTION TO VACATE REVIEW HEARING; AND ORDER THEREON** |

The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for October 23, 2019. The Defendant is in agreement with this request. To date, Defendant has complied with all the terms of unsupervised probation as ordered by this Court on September 18, 2018.

.

Dated: October 21, 2019  /S/ Susan St. Vincent
Susan St. Vincent
Legal Officer
Yosemite National Park

1

## ORDER

Upon application of the United States, and good cause having been shown therefor, the review hearing scheduled for October 23, 2019 in the above referenced matter, *United States v. Emmons, 6:18-mj-0047-JDP*, is vacated.

IT IS SO ORDERED.

Dated:  October 22, 2019

_____
UNITED STATES MAGISTRATE JUDGE